1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant GONZALEZ
6

7

8

9

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,        )   No. CR-08-70203 JL
                                     )
14              Plaintiff,           )   STIPULATION AND [PROPOSED]
                                     )   ORDER RESETTING DATE FOR
15  vs.                              )   PRELIMINARY HEARING
                                     )
16  FLORENTINO GONZALEZ,             )
                                     )
17              Defendant.           )
                                     )
18

19      IT IS HEREBY STIPULATED between the plaintiff through its attorney, Susan Jerich,

20  and the defendant through his attorney Ned Smock, that the preliminary hearing in this matter

21  now set for May 21, 2008 at 9:30 a.m. shall be reset for May 27, 2008 at 9:30 a.m. Defendant

22  //

23  //

24  //

25  //

26  //

Stip and [Proposed] Order                    1

1 Gonzalez and his counsel continue to waive the provisions of Rule 5.1(c) of the Federal Rules of

2 Criminal Procedure requiring a preliminary hearing to be held within 20 days of his initial

3 appearance.

4 IT IS SO STIPULATED:

5 Dated: May 20, 2008                    /s/ Ned Smock
                                          NED SMOCK
6                                         Assistant Federal Public Defender

7

8 Dated: May 20, 2008                    /s/ Susan Jerich
                                          SUSAN JERICH
9                                         Assistant United States Attorney

10

11                                    **ORDER**

12     GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary

13 hearing in this matter now scheduled for May 21, 2008 is hereby rescheduled for May 27, 2008 at

14 9:30 a.m.

15

16 Dated: May ___, 2008                   _____
                                          HONORABLE EDWARD M. CHEN
17                                        United States Magistrate Judge