RECEIVED
U.S. ATTORNEY'S O...
SAN FRANCISCO...

2008 MAY 20 PM 3:00

1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant GONZALEZ
6

FILED

MAY 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-70203 JL |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER RESETTING DATE FOR PRELIMINARY HEARING |
| vs. | ) | |
| FLORENTINO GONZALEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Susan Jerich, and the defendant through his attorney Ned Smock, that the preliminary hearing in this matter now set for May 21, 2008 at 9:30 a.m. shall be reset for May 27, 2008 at 9:30 a.m. Defendant

//
//
//
//
//

Stip and [Proposed] Order                               1

1 | Gonzalez and his counsel continue to waive the provisions of Rule 5.1(c) of the Federal Rules of

2 | Criminal Procedure requiring a preliminary hearing to be held within 20 days of his initial

3 | appearance.

4 | IT IS SO STIPULATED:

5 | Dated: May 20, 2008                   /s/ Ned Smock
                                          NED SMOCK
6 |                                       Assistant Federal Public Defender

7 |

8 | Dated: May 20, 2008                   /s/ Susan Jerich
                                          SUSAN JERICH
9 |                                       Assistant United States Attorney

10 |

11 |                                  **ORDER**

12 |   GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary

13 | hearing in this matter now scheduled for May 21, 2008 is hereby rescheduled for May 27, 2008 at

14 | 9:30 a.m.

15 |

16 | Dated: May 20, 2008

17 |                                       HONORABLE EDWARD M. CHEN
                                          United States Magistrate Judge

Stip and [Proposed] Order                 2