1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4   SUSAN R. JERICH (CABN 188462)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7158
7     Fax: (415) 436-7234
      susan.jerich@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,       )    No. CR 08-70203 JL
                                    )
14       Plaintiff,                 )
                                    )    NOTICE OF DISMISSAL
15       v.                         )
                                    )
16  FLORENTINO GONZALEZ,            )
                                    )    (San Francisco Venue)
17                                  )
         Defendant.                 )
18                                  )
                                    )
19

20     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21  United States Attorney for the Northern District of California seeks dismissal of the above

22  complaint against the above-named defendant without prejudice.

23  DATED:                              Respectfully submitted,

24                                      JOSEPH P. RUSSONIELLO
                                        United States Attorney
25
                                             /S/
26
                                        BRIAN J. STRETCH
27                                      Chief, Criminal Division

28

   NOTICE OF DISMISSAL [CR 08-70203 JL]

1 | Leave is granted to the government to dismiss the complaint.
2 |
3 | Date: _____
4 |                                           EDWARD M. CHEN
                                          United States Magistrate Court Judge