BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GONZALEZ

RECEIVED
U.S. ATTORNEY'S OFFICE
SAN FRANCISCO
2008 MAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-70203 JL |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER RESETTING DATE FOR PRELIMINARY HEARING |
| vs. ) | |
| FLORENTINO GONZALEZ, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Susan Jerich, and the defendant through his attorney Ned Smock, that the preliminary hearing in this matter now set for May 27, 2008 at 9:30 a.m. shall be reset for May 29, 2008 at 9:30 a.m. Defendant Gonzalez and his counsel continue to waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within 20 days of his initial appearance.

IT IS SO STIPULATED:

Dated: May 23, 2008

/s/ Ned Smock
NED SMOCK
Assistant Federal Public Defender

Stip and [Proposed] Order                    1

1 | Dated: May 23, 2008

/s/ Susan Jerich
SUSAN JERICH
Assistant United States Attorney

### ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary hearing in this matter now scheduled for May 27, 2008 is hereby rescheduled for May 29, 2008 at 9:30 a.m.

Dated: May 28, 2008

HONORABLE EDWARD M. CHEN
United States Magistrate Judge

Stip and [Proposed] Order                           2