DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 1

| **MAGISTRATE JUDGE** | **DEPUTY CLERK** | | **REPORTER/FTR** |
|---|---|---|---|
| **MINUTE ORDER** | Betty Fong | | 9:55-9:56 a.m. |
| MAGISTRATE JUDGE | DATE | | NEW CASE | CASE NUMBER |
| Edward M. Chen | May 29, 2008 | | ☐ | 3-08-70203 JL |

APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☒ RET. ☐ |
|---|---|---|---|---|---|
| Florentino Gonzalez | | N | P | Ned Smock, K | APPT. ☐ |

| U.S. ATTORNEY | INTERPRETER | FIN. AFFT ☐ | COUNSEL APPT'D |
|---|---|---|---|
| Susan Jerich | Melinda Basker - Spanish | SUBMITTED | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR ☐ | PARTIAL PAYMENT ☐ |
|---|---|---|---|
| | Joshua Libby | APPT'D COUNSEL | OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR**

| | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☒ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Government's motion to dismiss is granted. Order of Dismissal signed. Defendant's bond is exonerated.
cc: Pretrial / Finance

DOCUMENT NUMBER: