| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
|   | United States Attorney |
| 2 | |
|   | BRIAN J. STRETCH (CABN 163973) |
| 3 | Chief, Criminal Division |
| 4 | SUSAN R. JERICH (CABN 188462) |
|   | Assistant United States Attorney |
| 5 | |
|   | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102 |
|   | Telephone: (415) 436-7158 |
| 7 | Fax: (415) 436-7234 |
|   | susan.jerich@usdoj.gov |
| 8 | |
|   | Attorneys for Plaintiff |

**E-FILED**

FILED
MAY 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-70203 JL |
| Plaintiff, | |
| | NOTICE OF DISMISSAL |
| v. | |
| FLORENTINO GONZALEZ, | |
| | (San Francisco Venue) |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California seeks dismissal of the above complaint against the above-named defendant without prejudice.

DATED: 5-28-08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

[signature]

BRIAN J. STRETCH
Chief, Criminal Division

NOTICE OF DISMISSAL
[CR 08-70203 JL]

1
2    Leave is granted to the government to dismiss the complaint.
3
4   Date: __5/29/08__
5                                       EDWARD M. CHEN
                                      United States Magistrate Court Judge

**COPIES MAILED TO PARTIES OF RECORD**