1  ANN C. MOORMAN (CSB 130144)
   LAW OFFICES OF ANN C. MOORMAN
2  308 S. School Street
   Ukiah, California 95482
3  Telephone: 707-462-1844
   Facsimile:  707-468-0522
4
   Attorneys for Defendant
5  MIGUEL DOMINGUEZ MURILLO

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,          )    No. 3-08-70203 JL
                                      )
12          Plaintiff,                )    STIPULATION AND
                                      )    [PROPOSED] ORDER RESETTING
13     vs.                            )    DATE FOR PRELIMINARY HEARING
                                      )
14 MIGUEL DOMINGUEZ MURILLO et al.,   )
                                      )
15          Defendants.               )
   _____)

16        IT IS HEREBY STIPULATED between the plaintiff through its attorney, Susan Jerich

17 Assistant United States Attorney, defendant Miguel Murillo, through his counsel Ann C. Moorman

18 and defendant Miguel Murillo Jr., through his counsel Douglas Horngrad  that the preliminary

19 hearing date in this matter now set for June 17, 2008 at 9:30 a.m. shall be reset for July 25, 2008  at

20 9:30 a.m..  Defendants Murillo and Murillo Jr. through their respective counsel  hereby continue to

21 waive the provisions of Rule 5(c) of the Federal Rules of Criminal Procedure requiring a

22 preliminary hearing to be held within fifteen days of the initial appearance.

23 IT IS SO STIPULATED:

24

25 DATED: June 9, 2008                    ___/s/ Susan Jerich_____
                                          SUSAN JERICH
26                                        ASSISTANT UNITED STATES ATTORNEY

27

28

1

2

DATED: June 9, 2008                    -    /s/ Ann C. Moorman
3                                           ANN C. MOORMAN
                                            ATTORNEY FOR DEFENDANT MURILLO
4

5

6    DATED: June 9, 2008                    /s/ Douglas Horngrad
                                            DOUGLAS HORNGRAD
7                                           ATTORNEY FOR DEFENDANT MURILLO JR.

8

9

10                                    **ORDER**

11          GOOD CAUSE HAVING BEEN SHOWN, it is hereby Ordered that the preliminary

12   hearing pursuant to Rule 5 of the Federal Rules of Criminal Procedure now scheduled for June 17,

13   2008 at 9:30 a.m. shall be vacated and re-set for July 25, 2008 at 9:30 a.m.

14
     DATED: _____     June 10, 2008        _____
15                                          MAGISTRATE JUDGE ~~EDWARD M. CHEN~~
                                            UNITED STATES DISTRICT COURT
16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Resetting Preliminary Hearing        2