1  ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN

2  308 S. School Street
Ukiah, California 95482

3  Telephone: 707-462-1844
Facsimile:  707-468-0522

4

Attorneys for Defendant

5  MIGUEL DOMINGUEZ MURILLO

6

7                UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9                SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,    )     No. 3-08-70203 JL
                       )

12         Plaintiff,    )    STIPULATION AND
                       )    [PROPOSED] ORDER RESETTING

13      vs.          )    DATE FOR PRELIMINARY HEARING
                       )

14  MIGUEL DOMINGUEZ MURILLO *et al.*,  )
                       )

15       Defendants.    )
_____)

16      IT IS HEREBY STIPULATED between the plaintiff through its attorney, Susan Jerich

17  Assistant United States Attorney, defendant Miguel Murillo, through his counsel Ann C. Moorman

18  and defendant Miguel Murillo Jr., through his counsel Douglas Horngrad  that the preliminary

19  hearing date in this matter now set for June 17, 2008 at 9:30 a.m. shall be reset for July 25, 2008  at

20  9:30 a.m..  Defendants Murillo and Murillo Jr. through their respective counsel  hereby continue to

21  waive the provisions of Rule 5(c) of the Federal Rules of Criminal Procedure requiring a

22  preliminary hearing to be held within fifteen days of the initial appearance.

23  IT IS SO STIPULATED:

24

25  DATED: June 9, 2008             ___/s/ Susan Jerich_____

26                             SUSAN JERICH
                             ASSISTANT UNITED STATES ATTORNEY

27

28

1

2

DATED: June 9, 2008                               -   /s/ Ann C. Moorman

3                                                     ANN C. MOORMAN
                                                      ATTORNEY FOR DEFENDANT MURILLO

4

5

6   DATED: June 9, 2008                              /s/ Douglas Horngrad
                                                      DOUGLAS HORNGRAD
7                                                     ATTORNEY FOR DEFENDANT MURILLO JR.

8

9

10                                      **ORDER**
         Pursuant to stipulation,

11      ~~GOOD CAUSE HAVING BEEN SHOWN~~, it is hereby Ordered that the preliminary

12   hearing pursuant to Rule 5 of the Federal Rules of Criminal Procedure now scheduled for June 17,

13   2008 at 9:30 a.m. shall be vacated and re-set for July 25, 2008 at 9:30 a.m.

14
     DATED: _____          June 10, 2008      _____
15                                                      MAGISTRATE JUDGE ~~EDWARD M. CHEN~~
                                                        UNITED STATES DISTRICT COURT
16

17

18                        IT IS SO ORDERED

19

20

21                        Judge Bernard Zimmerman

22

23

24

25

26

27

28