```
 1  ANN C. MOORMAN (CSB 130144)
    LAW OFFICES OF ANN C. MOORMAN
 2  308 S. School Street
    Ukiah, California 95482
 3  Telephone: 707-462-1844
    Facsimile:  707-468-0522
 4
    Attorneys for Defendant
 5  MIGUEL DOMINGUEZ MURILLO

 6

 7                      UNITED STATES DISTRICT COURT

 8                     NORTHERN DISTRICT OF CALIFORNIA

 9                          SAN FRANCISCO DIVISION

10
    UNITED STATES OF AMERICA,        )    No. 3-08-70203 JL
11                                   )
             Plaintiff,              )    STIPULATION AND
12                                   )    [PROPOSED] ORDER RESETTING
         vs.                         )    DATE FOR PRELIMINARY HEARING
13                                   )
    MIGUEL DOMINGUEZ MURILLO et al., )
14                                   )
             Defendants.             )
15  _____)

16       IT IS HEREBY STIPULATED between the plaintiff through its attorney, Susan Jerich

17  Assistant United States Attorney, defendant Miguel Murillo, through his counsel Ann C. Moorman

18  and defendant Miguel Murillo Jr., through his counsel Douglas Horngrad  that the preliminary

19  hearing date in this matter now set for July 25, 2008 at 9:30 a.m. shall be reset for August 25, 2008

20  at 9:30 a.m. The parties are engaged in an effort to reach a disposition and agree the additional time

21  will be useful.   Defendants Murillo and Murillo Jr. through their respective counsel hereby

22  continue to waive the provisions of Rule 5(c) of the Federal Rules of Criminal Procedure requiring

23  a preliminary hearing to be held within fifteen days of the initial appearance.

24  IT IS SO STIPULATED:

25

26  DATED: July 21, 2008           / s/ Susan Jerich
                                   SUSAN JERICH
27                                 ASSISTANT UNITED STATES ATTORNEY

28

    Stipulation and Order Resetting Preliminary Hearing      1
```

DATED: July 21, 2008                    /s/ Ann C. Moorman
                                        ANN C. MOORMAN
                                        ATTORNEY FOR DEFENDANT MURILLO


DATED: July 21, 2008                    /s/ Douglas Horngrad
                                        DOUGLAS HORNGRAD
                                        ATTORNEY FOR DEFENDANT MURILLO JR.


**ORDER**

    GOOD CAUSE HAVING BEEN SHOWN, it is hereby Ordered that the preliminary hearing pursuant to Rule 5 of the Federal Rules of Criminal Procedure now scheduled for July 25, 2008 at 9:30 a.m. shall be vacated and re-set for August 25, 2008 at 9:30 a.m.


DATED: _____                  _____
                                        MAGISTRATE JUDGE EDWARD M. CHEN
                                        UNITED STATES DISTRICT COURT